Wilbert THOMAS, Jr., Plaintiff–Appellant,

v.

SECRETARY OF LABOR, Office of Workers Compensation Programs, Defendant–Appellee.

No. 02–1474.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Wilbert Thomas, Jr., Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

870

PER CURIAM.

Wilbert Thomas, Jr., appeals from the district court's order dismissing his action pursuant to 28 U.S.C.A. § 1915(e) (West Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Thomas v. Sec'y of Labor,* No. CA–02–1097–B (D.Md. Apr. 17, 2002). Thomas' motion for a refund of the filing fee and for reimbursement of expenses is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*